ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN  6 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

UNITED STATES OF AMERICA

v.

ALFREDO CARCAMO (01)

No.

4-15 CR 001-0

M-19-402

INDICTMENT

The Grand Jury Charges:

Count One

Illegal Reentry After Deportation
(Violations of 8 U.S.C. § 1326(a) and (b)(1)/(2))

On or about December 10, 2014, in the Fort Worth Division of the Northern District

of Texas, defendant **Alfredo Carcamo**, an alien, was found in the United States having

previously been denied admission, excluded, deported and removed from the United States

on or about October 3, 2002, and that the defendant had not received the consent of the

Attorney General of the United States and the Secretary of the Department of Homeland

Security, to reapply for admission to the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1)/(2).

A TRUE BILL.

_____

FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

J. MICHAEL WORLEY
Assistant United States Attorney
Texas State Bar No.   22001400
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas   76102
Telephone:   817-252-5200
Facsimile: 817-252-5455

**Indictment - Page 2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

ALFREDO CARCAMO (01)

INDICTMENT

8 U.S.C. § 1326 (a) and (b)(1)/(2)
Illegal Reentry After Deportation

(1 COUNT)

4-15 CR 001-0

A true bill rendered:

-------------------------------------------------------

DALLAS                                         FOREPERSON

Filed in open court this 6th day of January, A.D. 2015.

-------------------------------------------------------

Defendant in ICE custody; warrant to issue.

-------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE